111 A.3d 170

**SEITEL DATA, LTD., Appellant**

v.

**CENTER TOWNSHIP and Center Township Board of Supervisors, Appellees.**

**Seitel Data, Ltd., Appellant**

v.

**Shippingport Borough and Shippingport Borough Council, Appellees.**

**Seitel Data, Ltd., Appellant**

v.

**Greene Township and Greene Township Board of Supervisors, Appellees.**

**Nos. 11 WAP 2014, 12 WAP 2014, 13 WAP 2014.**

Supreme Court of Pennsylvania.

March 11, 2015.

## *ORDER*

PER CURIAM.

**AND NOW,** this 11th day of March, 2015, the Application to Dismiss (filed on April 21, 2014) is **GRANTED.** The Motion

to Quash and/or Dismiss Appeals as Moot, the Application to Dismiss (filed on January 20, 2015), and the Application for Oral Argument are **DISMISSED AS MOOT.**